# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| MARGARET M. BJORUM, ) | |
| ) | Case No. 13-71446-SCS |
| *Debtor*. ) | |
| ) | Chapter 13 |

## ORDER TO SHOW CAUSE

On June 22, 2017, this Court held a hearing on the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Plan Payments Pursuant to 11 U.S.C. §§ 1307(c)(4) and 1307(c)(6) (the "Motion to Dismiss for Failure to Make Plan Payments"). At this hearing, the Debtor's attorney, John W. Tripp, Esquire, failed to appear without explanation.

Accordingly, the Court ORDERS **John W. Tripp, Esquire**, to appear at the **United States Bankruptcy Court, 600 Granby Street, Norfolk, Virginia,** at **10:00 a.m.** on **July 20, 2017** and show cause why he should not be held in contempt for failing to appear at the hearing on the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Plan Payments.

The Clerk shall deliver copies of this Order to John W. Tripp, Esquire; counsel for the United States Trustee; and the Chapter 13 Trustee.

IT IS SO ORDERED.

/s/ Stephen C. St.John
STEPHEN C. ST. JOHN
Chief United States Bankruptcy Judge

Jun 26 2017

Entered on Docket: 6/26/17