# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　 )
MARGARET M. BJORUM,　　　　　　　 )　　Case No. 13-71446-SCS
　　　　　　　　　　　　　　　　　　 )
　　　　*Debtor.*　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )　　Chapter 7

**ORDER TO SHOW CAUSE**

On July 24, 2017, this Court entered an order sanctioning John W. Tripp, Esquire, in the amount of $200.00, payable to the above-captioned Debtor. The Court found Mr. Tripp in contempt for violation of the rules of the Court requiring his appearance as counsel at the hearing on the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Plan Payments (the "Motion to Dismiss"), which was held on June 22, 2017. The Court ordered Mr. Tripp to pay $200.00 directly to the Debtor as a sanction for the inconvenience and the embarrassment caused by his failure to attend the June 22, 2017 hearing. The Court further ordered Mr. Tripp to file proof of payment of the $200.00 sanction to the Debtor with the Court no later than July 30, 2017.

Mr. Tripp did not file proof of the payment of the $200.00 sanction to the Debtor until August 2, 2017, after the deadline provided in the order to so do. In the letter filed by Mr. Tripp on August 2, 2017, he fails to address why proof of the payment of the $200.00 sanction to the Debtor was not timely filed. The Court finds that Mr. Tripp has failed to comply with the July 24, 2017 order by failing to timely file proof of payment of the sanction with the Court.

Accordingly, the Court ORDERS **John W. Tripp, Esquire**, to appear at the **United States Bankruptcy Court, 600 Granby Street, Norfolk, Virginia,** at **10:00 a.m.** on **August 24, 2017,** and show cause why he should not be held in contempt for failing to comply with the July 24, 2017 order entering sanctions against him and directing him to file proof of payment of the monetary sanctions to the Debtor by July 30, 2017. The Court further ORDERS that this hearing will remain on the Court's docket even in the event Mr. Tripp files an explanation as to why proof of payment of the sanction to the Debtor was not timely filed with the Court.

The Clerk shall deliver copies of this Order to John W. Tripp, Esquire; counsel for the United States Trustee; and the Chapter 7 Trustee.

IT IS SO ORDERED.

Aug 3 2017　　　　　　　　　　　　　　　/s/ Stephen C. St.John
　　　　　　　　　　　　　　　　　　　　STEPHEN C. ST. JOHN
　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

Entered on Docket: 8/3/17