# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MARGARET M. BJORUM, | ) | Case No. 13-71446-SCS |
| | ) | |
| *Debtor.* | ) | |
| | ) | Chapter 7 |

## ORDER DISMISSING SHOW CAUSE

This matter came on for a continued hearing on October 26, 2017, on the Court's Order to Show Cause Against John W. Tripp, Esquire ("Order to Show Cause"). The Court issued the Order to Show Cause on August 3, 2017, because Mr. Tripp did not timely file with the Court proof of his payment of a Court-ordered $200.00 sanction to the above-captioned Debtor.

A hearing on the Order to Show Cause was held on August 24, 2017, and Mr. Tripp and his counsel, Thomas B. Dickenson, appeared. At the hearing, the Court ordered Mr. Tripp to pay a monetary sanction of $200.00 to the United States Bankruptcy Court for the Eastern District of Virginia within ten (10) days of the entry of the order; to complete a Continuing Legal Education video webcast offered by the American Law Institute entitled "Adobe Acrobat for Lawyers," on Wednesday, October 4, 2017, at 1:00 p.m. Eastern Daylight Time; and to advise the Court within ten (10) days from the date he completes the course that he had complied with the Court's order to complete the specified Continuing Legal Education program. The hearing was continued to October 26, 2017, to ensure Mr. Tripp's compliance with the Court's orders. On August 25, 2017, the Court entered an Order Finding John W. Tripp, Esquire, in Contempt and Continuing Hearing on Court's Second Order to Show Cause, which embodied the orders of the Court set forth above.

Mr. Tripp and his counsel, Mr. Dickenson, appeared at the October 26, 2017 hearing to report Mr. Tripp's compliance with the Court's Order. Upon consideration of the representations made at the October

26, 2017 hearing and the filings made with the Court by Mr. Tripp and his counsel, Mr. Dickenson, the Court finds that Mr. Tripp paid $200.00 to the United States Bankruptcy Court for the Eastern District of Virginia on September 1, 2017, and filed proof of payment with the Court on that date; that Mr. Tripp completed the Continuing Legal Education video webcast offered by the American Law Institute entitled "Adobe Acrobat for Lawyers," on Wednesday, October 4, 2017, at 1:00 p.m. Eastern Daylight Time; and that Mr. Tripp filed a letter advising the Court that he had completed the specified Continuing Legal Education video webcast on that date.  As a result of Mr. Tripp's compliance with the Court's previous order, the Court finds that the Order to Show Cause should be dismissed.

Accordingly, the Court ORDERS that the Order to Show Cause is DISMISSED.

The Clerk shall deliver copies of this Order to John W. Tripp, Esquire; Thomas B. Dickenson, counsel for John W. Tripp, Esquire; counsel for the United States Trustee; and the Chapter 7 Trustee.

IT IS SO ORDERED.

/s/ Stephen C. St.John

Oct 31 2017

STEPHEN C. ST. JOHN
Chief United States Bankruptcy Judge

Entered on Docket: 10/31/2017